WAWD – Certificate of Services (Revised 3/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AARON WILMOT

                Plaintiff(s),

v.

CLIMB INVESTCO, LLC

                Defendant(s).

CASE NO. 2:23-cv-01268-GJL

CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

CLIMB INVESTCO, LLC
C/O BUSINESS FILINGS, INC. (REGISTERED AGENT)
187 WOLF RD., SUITE 101
ALBANY, NY 12205

Dated: 08/29/2023

_____
(Sign or use a "s/" and your name

AARON WILMOT
15711 4TH AVE. S, #14
BURIEN, WA 98148
(206) 841-9899

Name, Address and Phone Number of Counsel or Pro Se

CERTIFICATE OF SERVICE - 1

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

FROM: (PLEASE PRINT)

A. WILMOT
15711 4TH AVE. S, #14
BURIEN, WA 98148

TO: (PLEASE PRINT)

CLIMB INVEST CO, LLC
c/o BUSINESS FILINGS INC.
187 WOLF RD, SUITE 101
ALBANY, NY
12205

EI 592 748 484 US

EP13F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PS10001000006

This package is made from post-consumer waste. **Please recycle – again.**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**EI592748484US**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Scheduled Delivery by

**TUESDAY**
**22** August 2023 ⓘ

by
**6:00pm** ⓘ

Your item was delivered to an individual at the address at 12:22 pm on August 22, 2023 in ALBANY, NY 12205. The item was signed for by L PLOOF.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

ALBANY, NY 12205
August 22, 2023, 12:22 pm

See All Tracking History

**Text & Email Updates**                                 ⌄

**Proof of Delivery**                                    ⌄

**USPS Tracking Plus®**                                  ⌄