UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON WILMOT,<br><br>          Plaintiff,<br>     v.<br><br>LOAN SCIENCE, LLC, *et al.*,<br><br>          Defendants. | CASE NO. 2:23-cv-01268-GJL<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT |

**AND NOW**, upon consideration of the joint Motion for an Extension of Time to File an Answer to the Complaint (Dkt. 15), the Court finds the parties have shown good cause and **GRANTS** the Motion. Defendant Loan Science, LLC, shall have up to and including **October 20, 2023**, to file its responsive pleading to the Complaint.

Dated this 25th day of September, 2023.

_____
Grady J. Leupold
United States Magistrate Judge