UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Aaron Wilmot )<br>　　　Plaintiff )<br> )<br>v. )<br> )<br>Loan Science, LLC )<br>　　　Defendant )<br> )<br> ) | Case No. 2:23-cv-01268 GJL |

## NOTICE OF SETTLEMENT

Plaintiff Aaron Wilmot, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Loan Science, LLC. Plaintiff and Defendant are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendant will be finalized within the next ten (10) days.

　　　Respectfully submitted October 10, 2023

　　　　　　　　　　　　　　　　　　　　/s/ Aaron Wilmot
　　　　　　　　　　　　　　　　　　　　Aaron Wilmot
　　　　　　　　　　　　　　　　　　　　15711 4th Ave. S, #14
　　　　　　　　　　　　　　　　　　　　Burien, WA 98148
　　　　　　　　　　　　　　　　　　　　(206) 841-9899
　　　　　　　　　　　　　　　　　　　　Pro Se